IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *EX REL.* **GWENDOLYN PORTER** | | **PLAINTIFFS** |
| **v.** | | **CIVIL NO. 1:16cv75-HSO-JCG** |
| **CENTENE CORPORATION AND MAGNOLIA HEALTH PLAN, INC.** | | **DEFENDANTS** |

**ORDER GRANTING DEFENDANT CENTENE
CORPORATION'S MOTION [21] TO DISMISS**

BEFORE THE COURT is Defendant Centene Corporation's Motion [21] to Dismiss and Plaintiff United States of America *ex rel.* Gwendolyn Porter's Response [27] agreeing to the dismissal without prejudice of the claims against this Defendant. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendant Centene Corporation's Motion [21] to Dismiss is **GRANTED** and Plaintiff United States of America *ex rel.* Gwendolyn Porter's claims against Defendant Centene Corporation are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this the 20th day of November, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE