# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* GWENDOLYN PORTER | PLAINTIFF |
| v. | CIVIL NO. 1:16cv75-HSO-JCG |
| CENTENE CORPORATION AND MAGNOLIA HEALTH PLAN, INC. | DEFENDANTS |

## FINAL JUDGMENT OF DISMISSAL

The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accord with its prior Order [28] dismissing Relator Gwendolyn Porter's claims against Defendant Centene Corporation without prejudice, and the Memorandum Opinion and Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITH PREJUDICE** as to Relator Gwendolyn Porter's False Claims Act claims, and **DISMISSED WITHOUT PREJUDICE** as to Relator's breach of contract and common law claims, and all claims are **DISMISSED WITHOUT PREJUDICE** as to the United States.

**SO ORDERED AND ADJUDGED** this the 27th day of September, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE